# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUAN FLORES,

Plaintiff,

v.

WALMART, INC.,

Defendant.

Case No. 1:26-cv-03758-JLT-SAB

ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 10)

**OCTOBER 6, 2026 DEADLINE**

On August 7, 2026, the parties filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed no later than October 6, 2026. (ECF No. 10.)

Accordingly, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than **October 6, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **August 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge